JAP:AES

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

PABLO MORALES,
    also known as
    "Pablo Morales Mejia,"
    "Pablo Mejia" and
    "Eric Esturdo-Corado,"

                Defendant.

- - - - - - - - - - - - - - - - - X

**12 M 716**

C O M P L A I N T

(T. 8, U.S.C.,
§§ 1326(a) and
1326(b)(2))

EASTERN DISTRICT OF NEW YORK, SS:

        CHRISTIAN BILL, being duly sworn, deposes and states that he is a Deportation Officer with United States Immigration and Customs Enforcement ("ICE"), duly appointed according to law and acting as such.

        On or about July 6, 2012, within the Eastern District of New York and elsewhere, the defendant PABLO MORALES, also known as "Pablo Morales Mejia," "Pablo Mejia" and "Eric Esturdo-Corado," being an alien who had previously been arrested and convicted of an aggravated felony, and was thereafter removed from the United States, and who had not made a re-application for admission to the United States to which the Secretary of the Department of Homeland Security, successor to the Attorney General of the United States, had expressly consented, was found in the United States.

(Title 8, United States Code, Section 1326(b)(2)).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.   I am a Deportation Officer with ICE and have been involved in the investigation of numerous cases involving the illegal re-entry of aliens.   I am familiar with the facts and circumstances set forth below from my participation in the investigation; my review of the administrative file, including the defendant's criminal history record; and from reports of other law enforcement officers involved in the investigation.

2.   On or about July 6, 2012, the defendant PABLO MORALES, also known as "Pablo Morales Mejia," "Pablo Mejia" and "Eric Esturdo-Corado," was arrested by the New York City Police Department ("NYPD"), 103rd Precinct, in Queens, New York.   The defendant was arrested and charged with third degree burglary (a Class D felony) pursuant to New York Penal Law Section 140.20. The defendant used the name "Pablo Morales" in connection with this arrest.

3.   ICE was notified of this arrest.   ICE officials ran a criminal history report and found that the defendant, a citizen of Guatemala, had been previously removed from the United States

---

[1]   Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all of the relevant facts and circumstances of which I am aware.

on or about June 1, 2000.  The defendant used the names "Eric Esturdo-Corado" and "Pablo Morales" in connection with this removal.

4.   ICE officials also determined that on or about July 6, 1999, the defendant had been convicted of criminal sale of a controlled substance, in violation of Section 220.39(1) of the New York State Penal Law, an aggravated felony offense.  The defendant used the name "Pablo Morales" in connection with this conviction.

5.   An ICE official with fingerprint analysis training compared the fingerprints taken in connection with the defendant's arrest underlying his July 6, 1999 conviction; the fingerprint taken in connection with the defendant's June 1, 2000 removal; and the fingerprints taken in connection with the defendant's July 6, 2012 arrest, and determined that all three sets of fingerprints were made by the same individual.

6.   A search of immigration records has revealed that there exists no request by the defendant for permission from either the United States Attorney General of the Secretary of the Department of Homeland Security to re-enter the United States after removal.

WHEREFORE, your deponent respectfully requests that the defendant PABLO MORALES, also known as "Pablo Morales Mejia," "Pablo Mejia" and "Eric Esturdo-Corado," be dealt with according to law.

_____
CHRISTIAN BILL
Deportation Officer
U.S. Immigration and Customs
Enforcement

Sworn to before me this
1st day of August, 2012

_____
HONORABL
UNITED S'                         GE
EASTERN          ᔕ/Mann

4